**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1975**

SERWAH KANU, RN,

        Plaintiff - Appellant,

    v.

00204 GLC; SLEEPY HOLLOW; BEVERLEY HEALTH & REHABILITATION
SERVICES, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge. (1:09-cv-00726-CMH-IDD)

Submitted:  March 1, 2010        Decided:  April 8, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Serwah Kanu, Appellant Pro Se. Scott William Kezman, KAUFMAN &
CANOLES, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Serwah Kanu appeals the district court's order granting Defendants' motion pursuant to Fed. R. Civ. P. 12(c) and dismissing Kanu's civil action alleging intentional infliction of emotional distress.  We have reviewed the record and agree that Kanu's complaint fails to state a claim for this cause of action.  See Womack v. Eldridge, 215 Va. 338, 342 (1974).  Accordingly, we affirm the district court's order of dismissal.  Kanu v. 00204 GLC, No. 1:09-cv-00726-CMH-IDD (E.D. Va. Aug. 14, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED